JACOB RUBENSTEIN, Respondent, v. JOSEPH KERLANSKY and MANNY KERLANSKY, Individually and as Copartners, etc., Appellants.— Order denying motion for change of place of trial reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The motion papers clearly establish that the cause of action arose in Dutchess county, and that the convenience of witnesses will be served by the trial of the action in that county. The motion, therefore, should have been granted. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

EUGENE SCHILLING, Appellant, v. MORRIS APPELBAUM, Respondent.— Order denying plaintiff's motion for a new trial reversed upon the law and the facts, and motion granted, costs to abide the event. We are of opinion that the court committed prejudicial error in instructing the jury that they could only consider injuries to the leg, thigh, rib and shoulder, and that those were the only injuries which came as a result of the accident. Without considering the cause of plaintiff's blindness, he should have been permitted to recover for the injuries to his face, nose, head and eye; but these were excluded by the court. We think also plaintiff's attorney should have been permitted to reframe the hypothetical question propounded to Dr. Collins. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

JULIA SHIELDS, Appellant, v. WILLIAM ALBERT, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.